# Exhibit 1
# iMarketslive.com Webpage and Nevada Business Portal



academies     stories     strategies     company     getting started     login

Select Language



# what will you become

MASTERY **IM** ACADEMY

how would you feel if you had t control over every aspect of you

# have you ever felt like you were meant for more?

what if there was a way for you to build a
better life & experience more happiness & fulfillment?



### learning academies

gain mastery over markets that empowers people to be more self sufficient allowing the pursuit of a passionate, fulfilling and purpose driven life.



### live mentorship

accelerate your growth and achieve excellence with exclusive goLIVE training from a team of master educators committed to your success.



### strategies

expand your learning & mentorship with simple unique strategies that can make it much easier to understand the markets.



## learning simplified.



academies    stories    strategies    company    getting started    login        Select Language



want it all? welcome to the best way to save if you dont know which academy to start learning. this exclusive cost savings option simply gives you access to the FRX, DCX & HFX academy at the lowest possible rate. try it today and find out why its one of the most popular academies to join.



# learn from the best, learn from them LIVE.

supplement your learning with mentorship & guidance designed around your busy life & schedule with over 100 fulltime educators.

# find a strategy you love.

explore & get to know strategies below that can help you trade with confidence.



academies    stories    strategies    company    getting started    login

Select Language

# harmonics



exclusive education for harmonic patterns in the forex markets helping you identify potential reversals in the market, giving you powerful insight & analysis for opportunities to earn.



## learn & earn on the go.

get easy to follow trade ideas for the markets sent to your phone.

never miss an opportunity to make a profit.

   

## our story is simple.

we empower people.
we build better lives.
we give meaning & purpose.

we believe real change begins with positive self-talk & thinking,

that finding happiness starts within.



academies    stories    strategies    company    getting started    login

Select Language

# our values



### we educate.

access the right information
allowing you to start thinking &
doing things in a way that works
best for you.



### we empower.

discover the power to control your
life, giving you the confidence to
go after the lifestyle you want.



### we enrich.

experience a higher quality of life
where you can receive fulfillment
& abundance within the 5 areas of
life.



# how will you change the world?

## LAUNCHING 2020

# give with us.

together we can make a difference.



academies    stories    strategies    company    getting started    login          Select Language



MASTERY IM ACADEMY

# executive leadership



# field leadership



academies    stories    strategies    company    getting started    login         Select Language





# how to get started

## sign up quick & easy

explore all the different ways you can start generating & diversifying financial success.





# $324.94 enrollment                   $274.95 monthly

get full access to the FRX, HFX, and DCX academies, goLIVE mentorship, and strategies that will empower you with the ability to take full advantage of several of the largest financial markets in the world. this is for the individuals that are serious about building a more meaningful life and investing in their financial education. you will be equipped with the knowledge, guidance, and develop the skillsets to be in control of your financial success.   learn more



academies    stories    strategies    company    getting started    login

Select Language



having the total the freed
dreams & doing thin
has broug



# ready to become something more?

 READY

# your journey starts here.

take the first step. you deserve to feel
confident becoming the best you can be.

## JOIN TODAY

            

address:  348 West 57th Street #247, New York, NY 10019      phone:  +1 518-801-1010



academies     stories     strategies     company     getting started     login              Select Language

FULL RISK DISCLOSURE: Trading contains substantial risk and is not for every investor. An investor could potentially lose all or more than the initial investment. Risk capital is money that can be lost without jeopardizing financial security or life style. Only risk capital should be used for trading and only those with sufficient risk capital should consider trading. Past performance is no guarantee of future results.

## NEVADA BUSINESS SEARCH

**\* Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses**

### I WOULD LIKE TO SEARCH BY:

◉ Starts With    ○ Contains    ○ Exact Match    ○ All Words

**Name:**

International Markets Live

**Alert**

No records found with your search criteria.

OK

### BUSINESS ENTITY SEARCH CRITERIA

**Entity Number:**

**NV Business ID Number:**

**Officer Name:**

**Registered Agent Name:**

### MARKS SEARCH CRITERIA

**Mark Number:**

**Classification:**

-- Select --

**Goods and Services:**

**Applicant Name:**

---

**ADVANCED SEARCH OPTIONS**

🔘 All    ⚪ Show Only Business Entity Information    ⚪ Show Only Mark Information

**Type:**

-- Select --

**Status:**

-- Select --

Search    Clear

## NEVADA BUSINESS SEARCH

**\* Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses**

### I WOULD LIKE TO SEARCH BY:

◉ Starts With       ○ Contains       ○ Exact Match       ○ All Words

**Name:**

iMarketslive

### BUSINESS ENTITY SEARCH CRITERIA

**Entity Number:**

**NV Business ID Number:**

**Officer Name:**

**Registered Agent Name:**

### MARKS SEARCH CRITERIA

**Mark Number:**

**Classification:**

**Alert**

No records found with your search criteria.

OK



**Goods and Services:**

**Applicant Name:**

**ADVANCED SEARCH OPTIONS**

◉ All    ○ Show Only Business Entity Information    ○ Show Only Mark Information

**Type:**

-- Select --

**Status:**

-- Select --

Search     Clear