# Exhibit 2
# Declaration of Scott Huss

**HAYES | WAKAYAMA**
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
4735 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89147
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hwlawNV.com
lkw@hwlawNV.com
*Attorneys for Defendant Scott Huss*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., dba iMARKETSLIVE,<br><br>   Plaintiff,<br><br>vs.<br><br>SCOTT HUSS, an individual,<br><br>   Defendant. | Case Number:<br>2:20-cv-00866-JAD-BNW<br><br>**DECLARATION OF SCOTT HUSS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE** |

**DECLARATION OF SCOTT HUSS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

I, SCOTT HUSS, declare and state as follows:

1.   I am over 18 years of age and have personal knowledge of the following facts and would, if called, testify as follows:

2.   I am a resident of Miami, Florida, and I am domiciled in Miami.

3.   I have never lived in Nevada.

4.   I have no family that lives in Nevada.

5.   I do not own any investment properties or business interests in Nevada.

6.   I have never entered into any contracts with anyone in Nevada.

7.   I have never conducted any business in Nevada.

8.   I have never sent anything or anyone to do business in Nevada.

9. I have never communicated with an office of the Plaintiff in Nevada or conducted any business contracts with Plaintiff in Nevada.

Pursuant to NRS 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, except for those facts stated upon information and belief, which I believe to be true.

Dated this 15 day of June, 2020.

By _____
SCOTT HUSS

HAYES | WAKAYAMA
4735 S. Durango Drive, Suite 105
Las Vegas, Nevada 89147
TEL.: (702) 656-0808 | FAX: (702) 655-1047